IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL DIPPOLITO, | § | |
| | § | |
| Respondent Below, | § | No. 415, 2024 |
| Appellant, | § | |
| | § | Court Below—Court of |
| v. | § | Chancery of the State |
| | § | of Delaware |
| SWANN KEYS CIVIC | § | |
| ASSOCIATION, | § | C.A. No. 2021-0614 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: April 2, 2025
Decided: April 11, 2025

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Court of Chancery's memorandum opinion dated December 30, 2022.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice